Writs refused. Judgment of Court of Appeal is correct.

233 So.2d 564

Obey MURRAY, Jr.

v.

STATE of Louisiana, Calcasieu Parish Court, et al.

No. 50520.

April 20, 1970.

In re: Obey Murray, Jr. applying for writs of certiorari and habeas corpus.

Writs refused. The showing made does not entitle applicant to the relief sought.

233 So.2d 564

STATE of Louisiana

v.

Camille GIORDANO.

No. 50527.

April 20, 1970.

In re: Camille Giordano applying for writs of certiorari, prohibition or mandamus and stay order.

Writ refused. Relator has adequate remedy at law, if convicted.

233 So.2d 564

Winston DUBOIS

v.

OLYMPIC INSURANCE COMPANY et al.

No. 50497.

April 20, 1970.

In re: Winston Dubois applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Mary. 231 So.2d 714.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.